# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALLACE MITCHELL,** | : | CIVIL ACTION NO. 1:21-CV-163 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **HARRY LAPPIN,** *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 7th day of May, 2021, upon consideration of the complaint and in accordance with the memorandum of the same date, it is hereby ORDERED that:

1. The complaint (Doc. 1) is DISMISSED WITH PREJUDICE.

2. The Clerk of Court is directed to CLOSE this case.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner
                                                United States District Judge
                                                Middle District of Pennsylvania